1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

O'NEATER GEORGE,

       Plaintiff,

    vs.

METROPOLITAN LIFE INSURANCE
COMPANY; and BANK OF
AMERICA EMPLOYEE WELFARE
BENEFIT PLAN,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: CV 10-9535-DMG(PJWx)

**ORDER DISMISSING CASE WITH
PREJUDICE [22]**

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

o:\dmg\ecf ready\la10cv09535dmg_george—ord-re stip 22.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  For good cause shown, IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  December 8, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE